1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MANUEL D. LOPES,

11            Petitioner,                No. CIV S-09-1359-KJM-TJB

12       vs.

13   MIKE MARTEL,

14            Respondent.              <u>ORDER</u>

15   _____/

16       Petitioner has requested an extension of time to file objections to the United States

17   Magistrate Judge's Findings and Recommendations entered on January 25, 2011.  Based upon

18   the representations made and only for this request, it is determined that good cause has been

19   shown, and the request is granted.  Petitioner is advised, however, that no further extensions of

20   time will be granted, except for verified and extraordinary good cause shown.

21       IT IS HEREBY ORDERED that:

22       1.  Petitioner's February 16, 2011, request for an extension of time is granted; and

23   ///

24   ///

25   ///

26   ///

1

2.  As requested, Petitioner has up to and including March 21, 2011, to file his objections to the Magistrate Judge's Findings and Recommendations.  *See* Pet'r's Req. 1, Feb. 16, 2011, ECF No. 29.

DATED:      February 22, 2011.

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE